**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RODNEY EUGENE BOBLITT,

    Plaintiff,

v.                                  Case No: 8:20-cv-1637-CEH-AAS

BP EXPLORATION &
PRODUCTION INC. and BP
AMERICA PRODUCTION
COMPANY,

    Defendants.

_____/

## <u>ORDER</u>

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Amanda A. Sansone on March 2, 2026 (Doc. 155). In the Report and Recommendation, Magistrate Judge Sansone recommends that the Court grant, in part, Defendants' motion to tax costs (Doc. 151) and award BP Defendants $8,879.75 in taxable costs. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).   No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 155) is **adopted, confirmed, and approved** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendants BP Exploration & Production Inc. and BP America Production Company's Memorandum of Law in Support of Bill of Costs, which the Court construes as a motion to tax costs (Doc. 151) is **granted-in-part** and **denied-in-part**.

   a. The motion is granted to the extent that taxable costs in the amount of **$8,879.75** are awarded to Defendants BP Exploration & Production Inc. and BP America Production Company under 28 U.S.C. § 1920 and Fed. R. Civ. P. 54(d)(1).

   b. The motion is otherwise denied.

**DONE AND ORDERED** in Tampa, Florida on March 19, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda A. Sansone
Counsel of Record

2